IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>SAN QUENTIN STATE PRISON, et al.,<br><br>　　　　Defendant(s). | No. C 09-1566 CRB (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND |

　　　　Plaintiff, a prisoner at Yolo County Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging inadequate mental health care while he was at San Quentin State Prison. Unfortunately, the second page of plaintiff's form complaint is missing. The page filed as page two of the complaint is actually page two of plaintiff's application to proceed in forma pauperis.

　　　　The complaint is dismissed with leave to amend to file a complete complaint using the court's prisoner complaint form within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

1 | Plaintiff is advised that the amended complaint will supersede the original
2 | complaint and all other pleadings. Claims and defendants not included in the
3 | amended complaint will not be considered by the court. See King v. Atiyeh, 814
4 | F.2d 565, 567 (9th Cir. 1987).
5 | The clerk is instructed to serve plaintiff with a copy of the original
6 | complaint and with a blank prisoner complaint form.
7 | SO ORDERED.
8 | DATED: 8/7/09

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Soto, W1.dwlta.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

      Plaintiff,

v.

SAN QUENTIN STATE PRISON et al,

      Defendant.
_____/

Case Number: CV09-01566 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Soto 0902742
2420 E. Gibson Rd.
Woodland, CA 95776

Dated: August 7, 2009

Richard W. Wieking, Clerk
By: T. De Martini, Deputy Clerk