IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, | No. C 09-1566 CRB (PR) |
| Plaintiff, | ORDER |
| v. | |
| SAN QUENTIN STATE PRISON, | |
| Defendant(s). | |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED in part. Plaintiff shall file an amended complaint by no later than November 6, 2009.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 6.

SO ORDERED.

August 20, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Soto, W1.eot.wpd