UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO,<br><br>   Plaintiff,<br><br> v.<br><br>SAN QUENTIN STATE PRISON et al,<br><br>   Defendant.<br>_____ / | Case Number: CV09-01566 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


William Soto G49875
San Quentin State Prison
San Quentin, CA 94974

Dated: January 13, 2010

            Richard W. Wieking, Clerk

            By: Barbara Espinoza, Deputy Clerk