IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, ) | |
| ) | |
| Plaintiff(s), ) | No. C 09-1566 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| DR. REBECCA QUEZADA, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

In order to expedite the resolution of this case, the court orders that defendant file a motion for summary judgment or other dispositive motion by no later than October 15, 2010. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving the motion, and defendant shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: Aug. 9, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Soto, W1.or1.wpd